Elizabeth R. Loveridge, #6025
**WOODBURY & KESLER, P.C.**
525 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84110-3358
Tel: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**ROBERT CROWTHER**<br><br>SSN: XXX-XX-7077<br><br>Debtor(s) | Case No. 13-26993 WTT<br>Chapter 7 |

### CHAPTER 7 TRUSTEE'S MOTION TO TURNOVER

Elizabeth Rose Loveridge, chapter 7 trustee, pursuant to 11 U.S.C. § 542 and Fed. R. Bankr. Proc. 9014 hereby moves this court for an order requiring Robert Crowther, ("Debtor") to to file tax returns with the Internal Revenue Service and State of Utah for 2009, 2010, 2011, 2012 and 2013 and provide copies of said returns to the Trustee, turnover $2,644.96 in 2006 federal tax refunds and any 2006 state tax refunds due to the Debtor thereunder to the Trustee, and turnover any 2009, 2010, 2011, and 2012 federal and state tax refunds due to the Debtor based upon the following facts:

1.  The Debtor filed a chapter 7 bankruptcy petition on June 19, 2013.

2.  A meeting of creditors was held on August 01, 2013, at which the Debtor appeared pro se.

3.  Elizabeth Rose Loveridge ("Trustee") is the duly appointed and acting chapter 7 trustee.

4.       At the meeting of creditors, the Trustee directed the Debtor to provide copies of the Debtor's 2006, 2009, 2010, 2011, 2012 and 2013 federal and state tax returns and any refunds due thereunder.

5.       The Debtor failed to provide his 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013 federal and state tax returns.

6.       Through her investigation of this case, the Trustee learned that the Debtor filed his 2006 tax returns post-petition and that a refund check in the amount of $2,644.96 was issued to the Debtor sometime in September, 2013.

7.       Despite the Trustee's directive, the Debtor failed to turnover the 2006 federal tax refund of $2,644.96 to the Trustee.

WHEREFORE, the Trustee requests the Court enter an order requiring the Debtor to file tax returns with the Internal Revenue Service and State of Utah for 2009, 2010, 2011, 2012 and 2013 and provide copies of said returns to the Trustee, turnover $2,644.96 in 2006 federal tax refunds and any 2006 state tax refunds due to the Debtor thereunder to the Trustee, turnover any 2009, 2010, 2011, 2012 and 2013 federal and state tax refunds due to the Debtor thereunder within fourteen (14) days from the date of the entry of order, and for such further relief as is appropriate under the circumstances.

DATED January 22, 2014

**WOODBURY & KESLER, P.C.**

_____/s/_____
Elizabeth R. Loveridge
Chapter 7 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I electronically filed the foregoing **CHAPTER 7 TRUSTEE'S MOTION TO TURNOVER** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

Office of the United States Trustee; USTPRegion19.SK.ECF@usdoj.gov

I hereby certify that on January 22, 2014, I caused to be served a true and correct copy of the foregoing **CHAPTER 7 TRUSTEE'S MOTION TO TURNOVER** to be sent by regular first class United States mail, postage fully pre-paid, addressed to:

Robert Crowther
2988 South 8950 West
Magna, UT 84044

_____/s/_____
Renée Christensen